**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** ATF/MSP

**City** Fall River

**County** Bristol

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number 25-MJ-1492-DLC

Search Warrant Case Number 25-MJ-1479 to - 1482

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10350; 26-cr-10112 ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Gregory LEWIS III — Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: Fall River, MA

Birth date (Yr only): 1995 SSN (last 4#): 9366 Sex: M Race W Nationality: ______

**Defense Counsel if known:** Forest O'Neil-Greenberg Address: 51 Sleeper Street, Boston, MA

Bar Number: ______

**U.S. Attorney Information**

AUSA: John J. Reynolds, III Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ______

**Arrest Date:** 11/21/2025

☑ Already in Federal Custody as of 11/21/2025 in Fall River .

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/28/2026 Signature of AUSA: John J. Reynolds III

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Gregory LEWIS III

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) | Dist. of Controlled Substance | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) | Dist. of Controlled Substance | 2 |
| Set 3 | 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Poss. with Intent to Dist. Controlled Subst. | 3 |
| Set 4 | 18 U.S.C. § 924(c) | Poss. Firearm in Furtherance of Drug Offense | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**